UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:09cv68

| | |
|---|---|
| MARTHA HANDY,<br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     **ORDER** |

**THIS MATTER** is before the court on Plaintiff's Motion for Judgment on the Pleadings and Memorandum in Support (Docs. 9-10), filed December 1, 2009, and Defendant's Motion for Summary Judgment and Memorandum in Support (Docs. 11-12), filed January 4, 2010. Pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge David Cayer was designated to consider and recommend disposition in the aforesaid motion. In a thorough and well-considered Memorandum & Recommendation, filed January 10, 2010, Judge Cayer recommended that Defendant's Motion for Summary Judgment be granted and that Plaintiff's Motion for Judgment on the Pleadings be denied.

In his Memorandum & Recommendation, Judge Cayer advised the parties that any objections to the proposed findings of fact and conclusions of law were to be filed in writing within ten days of service of the same. The time for filing objections has since passed, 28 U.S.C. § 636(b)(1)(C), and no objections have been filed by either party.

After a careful review of the Magistrate Judge's Memorandum & Recommendation, the Court finds that his findings of fact are supported by the record and that his conclusions of law are consistent with and well supported by the current case law. See Diamond v. Colonial Life &

1

Accident Ins. Co., 416 F.3d 310, 315-16 (4th Cir. 2005) (holding that a de novo review is not required when considering a memorandum and recommendation if there are no objections). Accordingly, the court hereby accepts the Memorandum & Recommendation of the Magistrate Judge and adopts it as the final decision of this court for all purposes related to this case.

**WHEREFORE,** for the foregoing reasons, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's Motion for Judgment on the Pleadings is **DENIED**.

Signed: September 3, 2010

Richard L. Voorhees
United States District Judge