# United States District Court
# For The Western District of North Carolina
# Statesville Division

MARTHA HANDY,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         5-09-CV–68

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 7, 2010 Order.

                                                    Signed: September 7, 2010

                                                    Frank G. Johns, Clerk
                                                    United States District Court